IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH G. SESSIONS,

        Petitioner,

v.

MARK NOOTH,

        Respondent.

Case No. 3:10-cv-00120-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

    DATED this 15th day of July, 2011.

                             /s/ Anna J. Brown
                             ANNA J. BROWN
                             United States District Judge